FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 3 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kenneth Joseph Maravilla      Case Number: 0980 2:15CR00003-WFN-1

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 9, 2015      Type of Supervision: Supervised Release

Original Offense: Misprision of a Felony, 18 U.S.C. § 4      Date Supervision Commenced: May 31, 2017

Original Sentence: Prison - 36 M;
         TSR - 12 M      Date Supervision Expires: May 30, 2018

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22      You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

## CAUSE

Kenneth Maravilla is scheduled to release from Bureau of Prisons' (BOP) custody on May 31, 2017. At this time, he does not have a viable release plan in the community to submit for consideration. The above modification would afford Mr. Maravilla the opportunity to transition back into the community with stable housing and employment in place. Mr. Maravilla is requesting placement at the Port of Hope RRC due to his belief that he will be able to stay away from former gang associates if housed at the Port of Hope. Ultimately, the determination will be made by the Bureau of Prisons as to the exact location of the placement.

Mr. Maravilla has willingly signed the attached waiver of hearing after being informed of his right to a hearing and the right to assistance of counsel.

Respectfully submitted,

by      s/Patrick J. Dennis
         _____
         Patrick J. Dennis
         U.S. Probation Officer
         Date: April 21, 2017

THE COURT ORDERS

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[  ]   Other

_____
Signature of Judicial Officer

_____5/3/17_____
Date

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

22    You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

Witness: _____         Signed: _____
Patrick J. Dennis                                    Kenneth Joseph Maravilla
.U.S. Probation Officer                          Probationer or Supervised Releasee

_____
4-20-17
Date